# Initiate Business Checking℠

April 30, 2022 ■ Page 1 of 5

**WELLS FARGO**

3175-77 VILLA AVENUE HOUSING
DEVELOPMENT FUND CORPORATION
DEBTOR IN POSSESSION
CH11 CASE #19-12359▮▮▮
3177 VILLA AVE APT 4F
BRONX NY 10468-1273

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-CALL-WELLS**   (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (348)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 4/1 | $5,681.74 |
| Deposits/Credits | 40,885.50 |
| Withdrawals/Debits | - 38,833.39 |
| **Ending balance on 4/30** | **$7,733.85** |

Account number: ▮▮▮▮2783
**3175-77 VILLA AVENUE HOUSING
DEVELOPMENT FUND CORPORATION
DEBTOR IN POSSESSION
CH11 CASE #19-12359**▮▮▮

*NEW York account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 026012881

For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**
This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

19-12359-jlg    Doc 105-1    Filed 12/14/22    Entered 12/14/22 15:46:38    Exhibit DIP
April 30, 2022 ■ Page 2 of 5    Bank Statement    Pg 2 of 5

WELLS FARGO

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 4/1 | 11110 | Check | | 507.00 | |
| 4/1 | | Deposit | 4,143.50 | | |
| 4/1 | | Purchase authorized on 04/01 The Home Depot 983 Hackensack NJ P302091742221042 Card 7052 | | 603.17 | |
| 4/1 | | Purchase authorized on 04/01 The Home Depot 983 Hackensack NJ P382091748910411 Card 7052 | | 543.29 | |
| 4/1 | | Purchase authorized on 04/01 The Home Depot 983 Hackensack NJ P462091753165805 Card 7052 | | 543.29 | |
| 4/1 | 11111 | Check | | 880.00 | |
| 4/1 | 11116 | Check | | 540.00 | |
| 4/1 | 11109 | Check | | 200.00 | |
| 4/1 | 11108 | Check | | 480.00 | 5,528.49 |
| 4/4 | | Recurring Payment authorized on 04/01 Intuit *Quickbooks Cl.Intuit.Com CA S382091406881362 Card 7052 | | 87.10 | |
| 4/4 | 11113 | Check | | 100.00 | |
| 4/4 | 11118 | Check | | 640.00 | |
| 4/4 | 11117 | Check | | 960.00 | 3,741.39 |
| 4/5 | | Purchase authorized on 04/03 Anddone Ecom Kansas City MO S582094216353350 Card 7052 | | 1,609.64 | |
| 4/5 | 11115 | Check | | 240.00 | |
| 4/5 | 11114 | Check | | 480.00 | 1,411.75 |
| 4/6 | | Deposit | 4,953.00 | | 6,364.75 |
| 4/7 | | Purchase authorized on 04/06 Remote Landlord Sy 800-606-0822 NJ S302096631675402 Card 7052 | | 360.00 | |
| 4/7 | | Purchase authorized on 04/07 The Home Depot 983 Hackensack NJ P382097831715717 Card 7052 | | 487.76 | |
| 4/7 | 11119 | Check | | 540.00 | |
| 4/7 | 11121 | Check | | 950.00 | 4,026.99 |
| 4/8 | | Recurring Payment authorized on 04/07 Intuit *Quickbooks Cl.Intuit.Com CA S582097369784977 Card 7052 | | 87.10 | |
| 4/8 | 11124 | Check | | 260.00 | |
| 4/8 | 11125 | Check | | 880.00 | 2,799.89 |
| 4/11 | | Deposit | 5,375.00 | | |
| 4/11 | 11126 | Check | | 544.82 | |
| 4/11 | 11127 | Check | | 992.00 | 6,638.07 |
| 4/12 | | Deposit | 3,325.00 | | 9,963.07 |
| 4/14 | | Deposit | 1,759.00 | | |
| 4/14 | | Cashed/Deposited Item Retn Unpaid Fee | | 12.00 | |
| 4/14 | | Deposited Item Retn Unpaid - Paper 220414 | | 550.00 | |
| 4/14 | 11128 | Check | | 540.00 | |
| 4/14 | 11129 | Check | | 595.00 | 10,025.07 |
| 4/15 | 11133 | Check | | 250.00 | |
| 4/15 | 11139 | Check | | 880.00 | |
| 4/15 | 11134 | Check | | 1,200.00 | 7,695.07 |
| 4/18 | | Deposit | 2,240.00 | | |
| 4/18 | 11142 | Check | | 550.00 | |
| 4/18 | 11140 | Check | | 640.00 | |
| 4/18 | 11131 | Check | | 290.41 | |
| 4/18 | 11130 | Check | | 414.29 | |
| 4/18 | 11136 | Check | | 200.00 | |
| 4/18 | 11135 | Check | | 480.00 | 7,360.37 |
| 4/20 | | Deposit | 10,178.00 | | |
| 4/20 | | Purchase authorized on 04/19 Petro Home Svcs 800-645-4328 NY S382109469713515 Card 7052 | | 4,716.61 | |
| 4/20 | 11141 | Check | | 960.00 | 11,861.76 |
| 4/22 | 11143 | Check | | 540.00 | |
| 4/22 | 11145 | Check | | 880.00 | |
| 4/22 | 11144 | Check | | 2,500.00 | 7,941.76 |
| 4/26 | | Deposit | 950.00 | | |
| 4/26 | | Purchase authorized on 04/25 Petro Home Svcs 800-645-4328 NY S462115477500049 Card 7052 | | 943.32 | 7,948.44 |

**WELLS FARGO**

## Transaction history *(continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|----------------------|
| 4/27 | | Purchase authorized on 04/26 Petro Home Svcs 800-645-4328 NY S582116479340251 Card 7052 | | 3,773.29 | |
| 4/27 | 11146 | Check | | 540.00 | 3,635.15 |
| 4/29 | | Deposit | 7,962.00 | | |
| 4/29 | 11138 | Check | | 240.00 | |
| 4/29 | 11137 | Check | | 480.00 | |
| 4/29 | 11155 | Check | | 250.00 | |
| 4/29 | 11147 | Check | | 813.30 | |
| 4/29 | 11149 | Check | | 880.00 | |
| 4/29 | 11152 | Check | | 1,200.00 | 7,733.85 |
| Ending balance on 4/30 | | | | | 7,733.85 |
| Totals | | | $40,885.50 | $38,833.39 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 11108 | 4/1 | 480.00 | 11125 | 4/8 | 880.00 | 11139 | 4/15 | 880.00 |
| 11109 | 4/1 | 200.00 | 11126 | 4/11 | 544.82 | 11140 | 4/18 | 640.00 |
| 11110 | 4/1 | 507.00 | 11127 | 4/11 | 992.00 | 11141 | 4/20 | 960.00 |
| 11111 | 4/1 | 880.00 | 11128 | 4/14 | 540.00 | 11142 | 4/18 | 550.00 |
| 11113 * | 4/4 | 100.00 | 11129 | 4/14 | 595.00 | 11143 | 4/22 | 540.00 |
| 11114 | 4/5 | 480.00 | 11130 | 4/18 | 414.29 | 11144 | 4/22 | 2,500.00 |
| 11115 | 4/5 | 240.00 | 11131 | 4/15 | 290.41 | 11145 | 4/22 | 880.00 |
| 11116 | 4/1 | 540.00 | 11133 * | 4/15 | 250.00 | 11146 | 4/27 | 540.00 |
| 11117 | 4/4 | 960.00 | 11134 | 4/15 | 1,200.00 | 11147 | 4/29 | 813.30 |
| 11118 | 4/4 | 640.00 | 11135 | 4/18 | 480.00 | 11149 * | 4/29 | 880.00 |
| 11119 | 4/7 | 540.00 | 11136 | 4/18 | 200.00 | 11152 * | 4/29 | 1,200.00 |
| 11121 * | 4/7 | 950.00 | 11137 | 4/29 | 480.00 | 11155 * | 4/29 | 250.00 |
| 11124 * | 4/8 | 260.00 | 11138 | 4/29 | 240.00 | | | |

*\* Gap in check sequence.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 04/01/2022 - 04/30/2022 | Standard monthly service fee $10.00 | You paid $0.00 |
|-------------------------------------|--------------------------------------|----------------|
| How to avoid the monthly service fee | Minimum required | This fee period |
| Have any ONE of the following account requirements | | |
| · Average ledger balance | $1,000.00 | $6,703.00 ⊞ |
| · Minimum daily balance | $500.00 | $1,411.75 ⊞ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.

C1/C1

WELLS
FARGO

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 100 | 100 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |

Other Wells Fargo Benefits

Our National Business Banking Center customer service number 1-800-CALL-WELLS (1-800-225-5935) hours of operation have temporarily changed to 7:00 a.m. to 11:00 p.m. Eastern Time, Monday through Saturday and Sunday 9:00 a.m. to 10:00 p.m. Eastern Time. Access to our automated banking system, the ability to report a fraud claim on your business credit or debit card, and access to report a lost or stolen business card will continue to be available 24 hours a day, 7 days per week. Thank you for banking with Wells Fargo. We appreciate your business.

 IMPORTANT ACCOUNT INFORMATION

Effective March 31, 2022, the sentence "Incoming wire transfers, electronic direct deposits, cash deposited at a teller window and at a Wells Fargo ATM, and the first $400 of a day's check deposits at a teller window and at a Wells Fargo ATM will be available on the day we receive the deposits" in the first paragraph of the "Your ability to withdraw funds" section under the "Availability of funds policy" in the Deposit Account Agreement will be replaced by "Incoming wire transfers, electronic direct deposits, cash deposited at a teller window and at a Wells Fargo ATM, and the first $400 of a day's check deposits at a teller window, at a Wells Fargo ATM, and with the Wells Fargo Mobile Banking app will be available on the day we receive the deposits."

**WELLS FARGO**

## General statement policies for Wells Fargo Bank

• Notice: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

• If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect any automatic payments you receive. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A. The ending balance
   shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

ADD
B. Any deposits listed in your                    $ _____
   register or transfers into                     $ _____
   your account which are not                     $ _____
   shown on your statement.                     + $ _____
   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

CALCULATE THE SUBTOTAL
   (Add Parts A and B)
   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   .                                               TOTAL $ _____

SUBTRACT
C. The total outstanding checks and
   withdrawals from the chart above . . . . . . . . . . . . - $ _____

CALCULATE THE ENDING BALANCE
   (Part A + Part B - Part C)
   This amount should be the same
   as the current balance shown in
   your check register . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | Total amount    $ |        |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801