# Initiate Business Checking℠

**WELLS FARGO**

May 31, 2022 ■ Page 1 of 6

3175-77 VILLA AVENUE HOUSING
DEVELOPMENT FUND CORPORATION
DEBTOR IN POSSESSION
CH11 CASE #19-12359█████
3177 VILLA AVE APT 4F
BRONX NY 10468-1273

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-CALL-WELLS**  (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (348)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 5/1 | $7,733.85 |
| Deposits/Credits | 63,363.00 |
| Withdrawals/Debits | - 47,147.24 |
| **Ending balance on 5/31** | **$23,949.61** |

Account number: █████ 2783
**3175-77 VILLA AVENUE HOUSING
DEVELOPMENT FUND CORPORATION
DEBTOR IN POSSESSION
CH11 CASE #19-12359 (SNY)**

*NEW York account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 026012881

For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**
This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

**WELLS FARGO**

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 5/2 | | Deposit | 2,715.00 | | |
| 5/2 | | Recurring Payment authorized on 04/28 Simplifyem.Com 510-790-9066 CA S382118325988403 Card 7052 | | 75.00 | |
| 5/2 | | Purchase authorized on 04/29 Optimum 7837 V 718-860-3513 NY S582119589931816 Card 7052 | | 231.62 | |
| 5/2 | | Recurring Payment authorized on 05/01 Intuit *Quickbooks Cl.Intuit.Com CA S582121449286936 Card 7052 | | 87.10 | |
| 5/2 | | Purchase authorized on 05/02 Staples 0522 Hackensack NJ P302122505833851 Card 7052 | | 84.69 | |
| 5/2 | | Purchase authorized on 05/02 The Home Depot 983 Hackensack NJ P382122515814785 Card 7052 | | 95.27 | |
| 5/2 | 11148 | Check | | 404.05 | |
| 5/2 | 11156 | Check | | 640.00 | |
| 5/2 | 11157 | Check | | 960.00 | |
| 5/2 | 11151 | Check | | 200.00 | |
| 5/2 | 11150 | Check | | 480.00 | 7,191.12 |
| 5/3 | | Cashed/Deposited Item Retn Unpaid Fee | | 12.00 | |
| 5/3 | | Deposited Item Retn Unpaid - Paper 220503 | | 1,100.00 | |
| 5/3 | | Purchase authorized on 05/02 Fsi*Coned Bill Pay 866-405-1924 NY S302122431414163 Card 7052 | | 543.83 | |
| 5/3 | | Purchase authorized on 05/02 Fsi*Coned Bill Pay 866-405-1924 NY S582122434272554 Card 7052 | | 824.25 | |
| 5/3 | | Purchase authorized on 05/02 Fsi*Coned Bill Pay 866-405-1924 NY S582122437510295 Card 7052 | | 146.56 | |
| 5/3 | | Purchase authorized on 05/02 Ipfs Ins Pmt Kansas City MO S462122440496019 Card 7052 | | 1,532.99 | 3,031.49 |
| 5/4 | | Deposit | 19,772.00 | | 22,803.49 |
| 5/5 | | Purchase authorized on 05/04 Jtg Master Plumbin 718-5855002 NY S382124540233415 Card 7052 | | 599.00 | |
| 5/5 | | Purchase authorized on 05/04 Jtg Master Plumbin 718-5855002 NY S462124541818775 Card 7052 | | 50.00 | 22,154.49 |
| 5/6 | | Deposit | 6,732.00 | | |
| 5/6 | | Purchase authorized on 05/04 Nianday Plumbing Bronx NY S582124747766426 Card 7052 | | 1,700.00 | |
| 5/6 | 11158 | Check | | 540.00 | |
| 5/6 | 11163 | Check | | 880.00 | |
| 5/6 | 11161 | Check | | 2,500.00 | 23,266.49 |
| 5/9 | | Recurring Payment authorized on 05/07 Intuit *Quickbooks Cl.Intuit.Com CA S462127440308084 Card 7052 | | 87.10 | |
| 5/9 | 11164 | Check | | 280.00 | |
| 5/9 | 11165 | Check | | 540.00 | |
| 5/9 | 11159 | Check | | 70.00 | |
| 5/9 | 11162 | Check | | 305.54 | 21,983.85 |
| 5/10 | 11154 | Check | | 240.00 | |
| 5/10 | 11153 | Check | | 480.00 | 21,263.85 |
| 5/11 | | Deposit | 8,850.00 | | |
| 5/11 | | eDeposit IN Branch/Store 05/11/22 10:55:26 Am 270 River Rd NEW Milford NJ | 1,100.00 | | |
| 5/11 | 11160 | Check | | 185.80 | 31,028.05 |
| 5/12 | 11168 | Check | | 360.00 | |
| 5/12 | 11166 | Check | | 400.00 | |
| 5/12 | 11167 | Check | | 540.00 | |
| 5/12 | 11169 | Check | | 600.00 | 29,128.05 |
| 5/13 | | Deposit | 10,157.50 | | |
| 5/13 | | Home Depot Online Pmt 220512 620745629510334 Lupi Alvarado | | 800.00 | |
| 5/13 | 11182 | Check | | 630.00 | |
| 5/13 | 11172 | Check | | 250.00 | |
| 5/13 | 11173 | Check | | 880.00 | 36,725.55 |
| 5/16 | 11175 | Check | | 640.00 | |
| 5/16 | 11181 | Check | | 750.00 | |



## Transaction history *(continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 5/16 | 11180 | Check | | 768.00 | |
| 5/16 | 11179 | Check | | 960.00 | |
| 5/16 | 11171 | Check | | 1,200.00 | |
| 5/16 | 11177 | Check | | 200.00 | |
| 5/16 | 11176 | Check | | 480.00 | 31,727.55 |
| 5/18 | | Purchase authorized on 05/18 Staples 0522 Hackensack NJ P302138759341603 Card 7052 | | 69.78 | |
| 5/18 | 11170 | Check | | 1,500.00 | 30,157.77 |
| 5/19 | 11174 | Check | | 240.00 | |
| 5/19 | 11178 | Check | | 480.00 | |
| 5/19 | 11185 | Check | | 540.00 | 28,897.77 |
| 5/20 | 11186 | Check | | 880.00 | 28,017.77 |
| 5/23 | | Deposit | 6,878.00 | | |
| 5/23 | 11187 | Check | | 706.88 | |
| 5/23 | 11188 | Check | | 834.18 | |
| 5/23 | 11184 | Check | | 4,948.45 | 28,406.26 |
| 5/24 | | Deposit | 650.00 | | |
| 5/24 | 11189 | Check | | 1,000.00 | 28,056.26 |
| 5/25 | 11192 | Check | | 350.00 | |
| 5/25 | 11191 | Check | | 630.00 | |
| 5/25 | 11190 | Check | | 861.60 | 26,214.66 |
| 5/26 | | Deposit | 1,483.50 | | |
| 5/26 | 11183 | Check | | 1,419.00 | 26,279.16 |
| 5/27 | | Purchase authorized on 05/25 Optimum 7837 V 718-860-3513 NY S582145688844386 Card 7052 | | 460.00 | |
| 5/27 | 11194 | Check | | 75.00 | |
| 5/27 | 11195 | Check | | 880.00 | |
| 5/27 | 11196 | Check | | 284.34 | |
| 5/27 | 11197 | Check | | 668.17 | 23,911.65 |
| 5/31 | | Deposit | 2,200.00 | | |
| 5/31 | | Deposit | 2,825.00 | | |
| 5/31 | | Recurring Payment authorized on 05/28 Simplifyem.Com 510-790-9066 CA S302148323411152 Card 7052 | | 75.00 | |
| 5/31 | 11198 | Check | | 181.10 | |
| 5/31 | 11203 | Check | | 250.00 | |
| 5/31 | 11201 | Check | | 327.75 | |
| 5/31 | 11212 | Check | | 630.00 | |
| 5/31 | 11207 | Check | | 640.00 | |
| 5/31 | 11199 | Check | | 723.19 | |
| 5/31 | 11208 | Check | | 960.00 | |
| 5/31 | 11202 | Check | | 1,200.00 | 23,949.61 |
| Ending balance on 5/31 | | | | | 23,949.61 |
| Totals | | | $63,363.00 | $47,147.24 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 11148 | 5/2 | 404.05 | 11157 | 5/2 | 960.00 | 11163 | 5/6 | 880.00 |
| 11150 * | 5/2 | 480.00 | 11158 | 5/6 | 540.00 | 11164 | 5/9 | 280.00 |
| 11151 | 5/2 | 200.00 | 11159 | 5/9 | 70.00 | 11165 | 5/9 | 540.00 |
| 11153 * | 5/10 | 480.00 | 11160 | 5/11 | 185.80 | 11166 | 5/12 | 400.00 |
| 11154 | 5/10 | 240.00 | 11161 | 5/6 | 2,500.00 | 11167 | 5/12 | 540.00 |
| 11156 * | 5/2 | 640.00 | 11162 | 5/9 | 305.54 | 11168 | 5/12 | 360.00 |

**WELLS FARGO**

## *Summary of checks written(continued)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 11169 | 5/12 | 600.00 | 11181 | 5/16 | 750.00 | 11194 * | 5/27 | 75.00 |
| 11170 | 5/18 | 1,500.00 | 11182 | 5/13 | 630.00 | 11195 | 5/27 | 880.00 |
| 11171 | 5/16 | 1,200.00 | 11183 | 5/26 | 1,419.00 | 11196 | 5/27 | 284.34 |
| 11172 | 5/13 | 250.00 | 11184 | 5/23 | 4,948.45 | 11197 | 5/27 | 668.17 |
| 11173 | 5/13 | 880.00 | 11185 | 5/19 | 540.00 | 11198 | 5/31 | 181.10 |
| 11174 | 5/19 | 240.00 | 11186 | 5/20 | 880.00 | 11199 | 5/31 | 723.19 |
| 11175 | 5/16 | 640.00 | 11187 | 5/23 | 706.88 | 11201 * | 5/31 | 327.75 |
| 11176 | 5/16 | 480.00 | 11188 | 5/23 | 834.18 | 11202 | 5/31 | 1,200.00 |
| 11177 | 5/16 | 200.00 | 11189 | 5/24 | 1,000.00 | 11203 | 5/31 | 250.00 |
| 11178 | 5/19 | 480.00 | 11190 | 5/25 | 861.60 | 11207 * | 5/31 | 640.00 |
| 11179 | 5/16 | 960.00 | 11191 | 5/25 | 630.00 | 11208 | 5/31 | 960.00 |
| 11180 | 5/16 | 768.00 | 11192 | 5/25 | 350.00 | 11212 * | 5/31 | 630.00 |

*\* Gap in check sequence.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 05/01/2022 - 05/31/2022 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| How to avoid the monthly service fee | Minimum required | This fee period |
| Have any ONE of the following account requirements | | |
| · Average ledger balance | $1,000.00 | $25,207.00 ☐ |
| · Minimum daily balance | $500.00 | $3,031.49 ☐ |

C1/C1

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 115 | 100 | 15 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |

ᴨ  As a courtesy, some or all of your account transaction fees have been waived.

## Other Wells Fargo Benefits

Our National Business Banking Center customer service number 1-800-CALL-WELLS (1-800-225-5935) hours of operation have temporarily changed to 7:00 a.m. to 11:00 p.m. Eastern Time, Monday through Saturday and Sunday 9:00 a.m. to 10:00 p.m. Eastern Time. Access to our automated banking system, the ability to report a fraud claim on your business credit or debit card, and access

**WELLS FARGO**

to report a lost or stolen business card will continue to be available 24 hours a day, 7 days per week. Thank you for banking with Wells Fargo. We appreciate your business.

**WELLS FARGO**

## Important Information You Should Know

• To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to consumer reporting agencies. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

• In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

• If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A. The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

ADD
B. Any deposits listed in your                        $ _____
register or transfers into                               $ _____
your account which are not                           $ _____
shown on your statement.                          + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

CALCULATE THE SUBTOTAL
(Add Parts A and B)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
.                                                          TOTAL $ _____

SUBTRACT
C. The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

CALCULATE THE ENDING BALANCE
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | Total amount    $ |        |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801