In re 3175-77 Villa Ave HDFC _____    Case No. 19-12359 ███
_____ Debtor    Reporting Period: July 1 to July 31, 2022

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the three bank account columns. Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

|  | BANK ACCOUNTS | | | |
| --- | --- | --- | --- | --- |
| ACCOUNT NUMBER (LAST 4) | OPER | TAX | OTHER | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
| **CASH BEGINNING OF MONTH** | 6,305 | - | 6 | 6,311 |
| **RECEIPTS** | | | | |
| CASH SALES | - | - | - | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | 212,226 | - | - | 212,226 |
| LOANS AND ADVANCES | - | - | - | - |
| SALE OF ASSETS | - | - | - | - |
| OTHER *(ATTACH LIST)* | 45,849 | - | - | 45,849 |
| TRANSFERS *(FROM DIP ACCTS)* | - | - | - | - |
| **TOTAL RECEIPTS** | 258,075 | - | - | 258,075 |
| **DISBURSEMENTS** | | | | |
| NET PAYROLL | - | - | - | - |
| PAYROLL TAXES | - | - | - | - |
| SALES, USE, & OTHER TAXES | - | - | - | - |
| INVENTORY PURCHASES | - | - | - | - |
| SECURED/ RENTAL/ LEASES | - | - | - | - |
| INSURANCE | 5,783 | - | - | 5,783 |
| ADMINISTRATIVE | 10,061 | - | - | 10,061 |
| SELLING | - | - | - | - |
| OTHER *(ATTACH LIST)* | 25,780 | - | - | 25,780 |
| OWNER DRAW * | - | - | - | - |
| TRANSFERS *(TO DIP ACCTS)* | - | - | - | - |
| PROFESSIONAL FEES | 4,325 | - | - | 4,325 |
| U.S. TRUSTEE QUARTERLY FEES | - | - | - | - |
| COURT COSTS | - | - | - | - |
| **TOTAL DISBURSEMENTS** | 45,949 | - | - | 45,949 |
| | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | 212,126 | - | - | 212,126 |
| | | | | |
| **CASH – END OF MONTH** | 218,431 | - | 6 | 218,437 |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

In re 3175-77 Villa Ave HDFC
     **Debtor**

Case No. 19-12359 ████
Reporting Period: July 1 to July 31, 2022

## THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| TOTAL DISBURSEMENTS | |
|---|---|
|   LESS:  TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | |
|   PLUS:  ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 45,949 |

### BREAKDOWN OF "OTHER" CATEGORY

#### OTHER RECEIPTS

| Net deposits | 45,849 |
|---|---|
| Deposit in transit | - |
| Other income | |
| | |
| | |
| | |
| | |
| | |

OTHER OPERATIONAL EXPENSES

| Bank charges | - |
|---|---|
| Building supplies | 3,824 |
| Repairs & maintenance | 8,800 |
| Data entry | 12,030 |
| Disability | - |
| Dues & subscriptions | 174 |
| Fines | - |
| Fuel | - |
| Licenses & permits | - |
| Micellaneous expense | - |
| Property taxes | - |
| Realtor | - |
| Telephone & internet | 466 |
| Utilities | 486 |
| Water & sewer | - |
| Workers compensation | - |

In re 3175 - 77 Villa Ave HDFC

    Debtor

Case No. 19-12359█████

**Reporting Period:** July 1 to July 31, 2022

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

(Bank account numbers may be redacted to last four numbers.)

| | Operating # 1190 | Tax # | Other # |
|---|---|---|---|
| **BALANCE PER BOOKS** | 89 | - | - |
| | | | |
| **BANK BALANCE** | 89 | - | - |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | - | - | - |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)* : | - | - | - |
| OTHER *(ATTACH EXPLANATION)* | - | - | - |
| | | | |
| **ADJUSTED BANK BALANCE *** | 89 | - | - |

*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Date | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| CHECKS OUTSTANDING | Ck. # | Ck. # | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**OTHER**

_____

_____

_____

_____

In re 3175 - 77 Villa Ave HDFC

Debtor

Case No. 19-12359

Reporting Period: July 1 to July 31, 2022

# BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

(Bank account numbers may be redacted to last four numbers.)

|  | Operating # | Tax # | Other #2576 |
|---|---|---|---|
| **BALANCE PER BOOKS** | - | - | 6 |
|  |  |  |  |
| **BANK BALANCE** | - | - | 6 |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | - | - | - |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)* : | - | - | - |
| OTHER *(ATTACH EXPLANATION)* | - | - | - |
|  |  |  |  |
| **ADJUSTED BANK BALANCE \*** | - | - | 6 |

\*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Date | Amount |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

| CHECKS OUTSTANDING | Ck. # | Ck. # | Amount |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

OTHER

_____
_____
_____
_____

In re 3175 - 77 Villa Ave HDFC
    Debtor

Case No. 19-12359▮
Reporting Period: July 1 to July 31, 2022

# BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

(Bank account numbers may be redacted to last four numbers.)

|  | Operating #2783 | Tax # | Other |
|---|---|---|---|
| **BALANCE PER BOOKS** | 6,116 | - | - |
|  |  |  |  |
| **BANK BALANCE** | 6,116 | - | - |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | - | - | - |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)* : | - | - | - |
| OTHER *(ATTACH EXPLANATION)* | - | - | - |
|  |  |  |  |
| **ADJUSTED BANK BALANCE \*** | 6,116 | - | - |

\*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Date | Amount |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

| CHECKS OUTSTANDING | Ck. # | Ck. # | Amount |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

OTHER

| 3175 - 77 Villa Ave HDFC | Case No. 19-12359 ▇▇▇ |
|---|---|
| **Debtor** | Reporting Period: July 1 to July 31, 2022 |

## STATEMENT OF OPERATIONS  (Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue
when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| INCOME | MONTH | CUMULATIVE -FILING TO DATE |
|---|---|---|
| Rental Income | - | - |
| Additional Rental Income | - | - |
| Common Area Maintenance Reimbursement | - | - |
| Total Income *(attach MOR-5 (RE) Rent Roll)* | 46,236 | 1,625,349 |
| **OPERATING EXPENSES** | | |
| Advertising | - | - |
| Auto and Truck Expense | - | - |
| Cleaning and Maintenance | - | - |
| Commissions | - | - |
| Officer/Insider Compensation* | - | - |
| Insurance | 5,783 | 83,487 |
| Management Fees/Bonuses | 9,185 | 118,459 |
| Office Expense | 1,343 | 22,158 |
| Other Interest | - | - |
| Repairs | 8,800 | 298,686 |
| Supplies | 3,823 | 144,170 |
| Taxes - Real Estate | 20,190 | 225,822 |
| Travel and Entertainment | - | - |
| Utilities | 486 | 26,736 |
| Other *(attach schedule)* | 20,116 | 641,224 |
| Total Operating Expenses Before Depreciation | 69,726 | 1,560,742 |
| Depreciation/Depletion/Amortization | - | - |
| Net Profit (Loss) Before Other Income & Expenses | (23,490) | 64,607 |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income *(attach schedule)* | - | 1,544 |
| Interest Expense | - | - |
| Other Expense *(attach schedule)* | 36,243 | 482,047 |
| Net Profit (Loss) Before Reorganization Items | (59,733) | (415,896) |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | 1,525 | 56,250 |
| U. S. Trustee Quarterly Fees | - | 18,762 |
| Interest Earned on Accumulated Cash from Chapter 11 *(see continuation sheet)* | - | - |
| Gain (Loss) from Sale of Property | - | - |
| Other Reorganization Expenses *(attach schedule)* | - | - |
| Total Reorganization Expenses | 1,525 | 75,012 |
| Income Taxes | - | - |
| Net Profit (Loss) | (61,258) | (490,908) |

*"Insider" is defined in 11 U.S.C. Section 101(31).

3175 - 77 Villa Ave HDFC

**Debtor**

Case No. 19-12359

**Reporting Period:** July 1 to July 31, 2022

## BREAKDOWN OF "OTHER" CATEGORY

OTHER OPERATIONAL EXPENSES

| | | |
|---|---|---|
| Accounting | 2,800 | 22,459 |
| Bank charges | - | 1,177 |
| Data entry | 12,030 | 194,941 |
| Dues & subscriptions | 174 | 7,378 |
| Fuel | - | 221,290 |
| Licenses & permits | 26 | 1,346 |
| Miscellaneous expenses | - | 477 |
| Realtor fees | - | 8,625 |
| Water & sewer | 5,086 | 181,794 |
| Workers compensation & disability | - | 1,737 |
| OTHER INCOME | | |
| Late charges | - | 725.00 |
| Other income - DRIE | - | 629.00 |
| Star credit | - | 190.00 |
| OTHER EXPENSES | | |
| Fines | | 829 |
| Late charges | 36,243 | 480,518 |
| Bad debt | | 700.00 |
| OTHER REORGANIZATION EXPENSES | | |
| | - | - |
| | - | - |
| | - | - |
| | - | - |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**

Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the bankruptcy proceeding, should be reported as a reorganization item.

In re 3175 - 77 Villa Ave HDFC      Case No.   19-12359 ▮

Debtor      Reporting Period: July 1 to July 31, 2022

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED |
|---|---|---|---|
| **CURRENT ASSETS** | | | |
| Unrestricted Cash and Equivalents | 6,211 | 6,310 | 10,238 |
| Restricted Cash and Cash Equivalents *(see continuation sheet)* | - | - | - |
| Accounts Receivable (Net) | 212,226 | 211,840 | - |
| Notes Receivable | - | - | - |
| Prepaid Expenses | - | - | - |
| Professional Retainers | - | - | - |
| Other Current Assets *(attach schedule)* | - | - | - |
| TOTAL CURRENT ASSETS | 218,437 | 218,150 | 10,238 |
| **PROPERTY & EQUIPMENT** | | | |
| Real Property and Improvements | 43,200 | 43,200 | 43,200 |
| Machinery and Equipment | - | - | - |
| Furniture, Fixtures and Office Equipment | - | - | - |
| Leasehold Improvements | - | - | - |
| Vehicles | - | - | - |
| Less: Accumulated Depreciation | (41,200) | (41,200) | (41,200) |
| TOTAL PROPERTY & EQUIPMENT | 2,000 | 2,000 | 2,000 |
| **OTHER ASSETS** | | | |
| Amounts due from Insiders* | - | - | - |
| Other Assets *(attach schedule)* | 31,000 | 31,000 | 27,000 |
| TOTAL OTHER ASSETS | 31,000 | 31,000 | 27,000 |
| TOTAL ASSETS | 251,437 | 251,150 | 39,238 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | | |
| Accounts Payable | 557 | 557 | 532 |
| Taxes Payable *(refer to FORM MOR-4)* | - | - | - |
| Notes Payable | - | - | - |
| Rent / Leases - Building/Equipment | - | - | - |
| Secured Debt / Adequate Protection Payments | - | - | - |
| Professional Fees | - | - | - |
| Amounts Due to Insiders* | - | - | - |
| Other Post-petition Liabilities *(attach schedule)* | - | - | - |
| TOTAL POST-PETITION LIABILITIES | 557 | 557 | 532 |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | | |
| Secured Debt | - | - | - |
| Priority Debt | 3,201,704 | 3,140,159 | 2,498,622 |
| Unsecured Debt | - | - | - |
| TOTAL PRE-PETITION LIABILITIES | 3,201,704 | 3,140,159 | 2,498,622 |
| TOTAL LIABILITIES | 3,202,261 | 3,140,716 | 2,499,154 |
| **OWNERS' EQUITY** | | | |
| Owner's Equity Account | - | - | - |
| Retained Earnings - Pre-Petition | (2,473,916) | (2,473,916) | (2,473,916) |
| Retained Earnings - Post-petition | (490,908) | (429,650) | - |
| Adjustments to Owner Equity *(attach schedule)* | 14,000 | 14,000 | 14,000 |
| Post-petition Contributions *(attach schedule)* | - | - | - |
| NET OWNERS' EQUITY | (2,950,824) | (2,889,566) | (2,459,916) |
| TOTAL LIABILITIES AND OWNERS' EQUITY | 251,437 | 251,150 | 39,238 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re 3175 - 77 Villa Ave HDFC

Debtor

Case No.    19-12359

Reporting Period: July 1 to July 31, 2022

## BALANCE SHEET - continuation section

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Other Current Assets | | | |
| Deposit in transit | - | - | - |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Other Assets | | | |
| Escrow | 31,000 | 31,000 | 27,000 |
| | | | |
| | | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Other Post-petition Liabilities | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Adjustments to Owner's Equity | | | |
| Common stock | 14,000 | 14,000 | 14,000 |
| | | | |
| | | | |
| Post-Petition Contributions | | | |
| | | | |
| | | | |
| | | | |

Restricted Cash:   Cash that is restricted for a specific use and not available to fund operations.
Typically, restricted cash is segregated into a separate account, such as an escrow account.

In re 3175 - 77 Villa Ave HDFC   Case No. 19-12359 ▉▉▉
  Debtor      Reporting Period: July 1 to July 31, 2022

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown on the Cash Receipts and Disbursements Report (MOR-1) list the amount paid to insiders (as defined in Section 101(31) (A)-(F) of the U.S. Bankruptcy Code) and to professionals.  For payments to insiders, identify the type of compensation paid (e.g. Salary, Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance, Etc.)  Attach additional sheets if necessary.

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
| Freddy Rufino | check | 1,360.00 | 48,160.00 |
| Lupi Alvarado | check | 1,440.00 | 53,150.00 |
| Star Computer Services | check | 12,030.00 | 194,941.00 |
| | | - | - |
| | | - | - |
| | | - | - |
| | | - | - |
| | | - | - |
| TOTAL PAYMENTS TO INSIDERS | | 14,830.00 | 296,251.00 |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* |
| Charles Higgs Esq. | - | - | - | 10,000.00 | - |
| Gerald Pigott | - | - | - | 20,850.00 | - |
| DelValle & Frias CPA's | - | - | | 20,559.00 | - |
| Delmar Management Services | - | - | | 4,000.00 | - |
| Barret Capital | - | - | | 4,000.00 | - |
| Heath Gurinsky | | | 1,525.00 | 12,900.00 | - |
| NYBX Managing Services Corp | | | 6,385.00 | 23,550.00 | - |
| The Cotocon Group | | | | 500.00 | - |
| TOTAL PAYMENTS TO PROFESSIONALS | | | 7,910.00 | 96,359.00 | |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS | | | |