# Initiate Business Checking

July 31, 2022 ■ Page 1 of 7

**WELLS FARGO**

3175-77 VILLA AVENUE HOUSING
DEVELOPMENT FUND CORPORATION
DEBTOR IN POSSESSION
CH11 CASE #19-12359⬛
3177 VILLA AVE APT 4F
BRONX NY 10468-1273

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-CALL-WELLS**  (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (348)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

Business Online Banking          ☑
Online Statements                ☑
Business Bill Pay                ☑
Business Spending Report         ☑
Overdraft Protection             ☐

 IMPORTANT ACCOUNT INFORMATION

We're making important changes to the terms and conditions of some of our accounts. If these changes affect you, they will be included in the Important Account Information section associated with your specific account.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 7/1 | $2,695.49 |
| Deposits/Credits | 45,979.63 |
| Withdrawals/Debits | - 42,559.37 |
| **Ending balance on 7/31** | **$6,115.75** |

Account number: ⬛2783

**3175-77 VILLA AVENUE HOUSING
DEVELOPMENT FUND CORPORATION
DEBTOR IN POSSESSION
CH11 CASE #19-12359**⬛

*NEW York account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 026012881

For Wire Transfers use
Routing Number (RTN): 121000248

**WELLS FARGO**

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------------|-------------|-------------------|--------------------|---------------------|
| 7/1 | | Deposit | 3,640.00 | | |
| 7/1 | 11258 | Check | | 180.00 | |
| 7/1 | 11259 | Check | | 880.00 | |
| 7/1 | 11255 | Check | | 200.00 | |
| 7/1 | 11254 | Check | | 480.00 | 4,595.49 |
| 7/5 | | eDeposit IN Branch/Store 07/02/22 12:02:22 PM 270 River Rd NEW Milford NJ 7052 | 1,500.00 | | |
| 7/5 | | Deposit | 8,576.00 | | |
| 7/5 | | Recurring Payment authorized on 07/01 Intuit *Qbooks Onl Cl.Intuit.Com CA S382182493301980 Card 7052 | | 87.10 | |
| 7/5 | 11260 | Check | | 640.00 | |
| 7/5 | 11262 | Check | | 700.00 | |
| 7/5 | 11261 | Check | | 960.00 | |
| 7/5 | 11266 | Check | | 2,500.00 | 9,784.39 |
| 7/7 | | Purchase authorized on 07/06 Ipfs Ins Pmt Kansas City MO S462187531294031 Card 7052 | | 1,609.64 | |
| 7/7 | 11267 | Check | | 700.00 | |
| 7/7 | 11268 | Check | | 700.00 | |
| 7/7 | 11269 | Check | | 1,000.00 | 5,774.75 |
| 7/8 | | Deposit | 5,372.50 | | |
| 7/8 | | Recurring Payment authorized on 07/07 Intuit *Qbooks Onl Cl.Intuit.Com CA S582188372096922 Card 7052 | | 87.10 | |
| 7/8 | | Purchase authorized on 07/07 Fsi*Coned Bill Pay 866-405-1924 NY S582188653459081 Card 7052 | | 171.41 | |
| 7/8 | | Purchase authorized on 07/07 Fsi*Coned Bill Pay 866-405-1924 NY S382188656700505 Card 7052 | | 71.56 | |
| 7/8 | 11271 | Check | | 960.00 | 9,857.18 |
| 7/11 | | Deposit | 2,175.00 | | |
| 7/11 | | Purchase authorized on 07/07 Fsi*Coned Bill Pay 866-405-1924 NY S462188825900905 Card 7052 | | 243.40 | |
| 7/11 | | Purchase authorized on 07/08 Optimum 7837 V 718-860-3513 NY S582189536712189 Card 7052 | | 465.87 | |
| 7/11 | | Purchase authorized on 07/09 Staples 0542 Bergenfield NJ P382190650092016 Card 7052 | | 81.39 | |
| 7/11 | | Purchase authorized on 07/09 Ipfs Ins Pmt Kansas City MO S462191162254415 Card 7052 | | 922.12 | |
| 7/11 | 11274 | Check | | 720.00 | |
| 7/11 | 11272 | Check | | 301.27 | 9,298.13 |
| 7/12 | | Purchase authorized on 07/12 Staples 0522 Hackensack NJ P302193854675343 Card 7052 | | 39.43 | |
| 7/12 | 11275 | Check | | 665.00 | |
| 7/12 | 11277 | Check | | 720.00 | |
| 7/12 | 11276 | Check | | 761.25 | |
| 7/12 | 11273 | Check | | 242.18 | |
| 7/12 | 11270 | Check | | 100.00 | 6,770.27 |
| 7/13 | 11265 | Check | | 1,250.00 | 5,520.27 |
| 7/14 | 11264 | Check | | 893.61 | |
| 7/14 | 11263 | Check | | 2,358.00 | 2,268.66 |
| 7/15 | | Deposit | 3,081.00 | | |
| 7/15 | | Purchase authorized on 07/15 Staples 0522 Hackensack NJ P582196691299004 Card 7052 | | 131.13 | |
| 7/15 | | Purchase authorized on 07/15 Staples 0522 Hackensack NJ P302196787025093 Card 7052 | | 141.79 | |
| 7/15 | | Purchase Return authorized on 07/15 Staples 0522 Hackensack NJ P582196786403073 Card 7052 | 131.13 | | |



## Transaction history*(continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------------|-------------|-------------------|---------------------|---------------------|
| 7/15 | 11279 | Check | | 240.00 | |
| 7/15 | 11280 | Check | | 400.00 | |
| 7/15 | 11278 | Check | | 480.00 | |
| 7/15 | 11283 | Check | | 250.00 | 3,837.87 |
| 7/18 | | Deposit | 4,100.00 | | |
| 7/18 | 11287 | Check | | 640.00 | |
| 7/18 | 11284 | Check | | 960.00 | |
| 7/18 | 11282 | Check | | 1,200.00 | |
| 7/18 | 11290 | Check | | 720.00 | |
| 7/18 | 11289 | Check | | 908.28 | |
| 7/18 | 11288 | Check | | 960.00 | |
| 7/18 | 11286 | Check | | 200.00 | |
| 7/18 | 11285 | Check | | 480.00 | 1,869.59 |
| 7/20 | | Deposit | 3,319.50 | | 5,189.09 |
| 7/22 | | Deposit | 3,050.00 | | |
| 7/22 | 11292 | Check | | 750.00 | |
| 7/22 | 11291 | Check | | 1,500.00 | 5,989.09 |
| 7/25 | | Deposit | 1,228.00 | | |
| 7/25 | 11293 | Check | | 960.00 | |
| 7/25 | 11294 | Check | | 249.43 | 6,007.66 |
| 7/26 | | Deposit | 3,551.00 | | |
| 7/26 | 11281 | Check | | 100.00 | |
| 7/26 | 11295 | Check | | 225.20 | |
| 7/26 | 11300 | Check | | 720.00 | |
| 7/26 | 11301 | Check | | 1,500.00 | 7,013.46 |
| 7/27 | | Deposit | 2,508.50 | | |
| 7/27 | | Purchase authorized on 07/26 Paypal *Smartsign 718-797-1900 NY S462207401736693 Card 7052 | | 235.36 | |
| 7/27 | | Purchase authorized on 07/27 The Home Depot 983 Hackensack NJ P302208531699438 Card 7052 | | 338.72 | 8,947.88 |
| 7/28 | | Purchase authorized on 07/26 Paypal *Safetysign 800-274-6271 NJ S382207413317992 Card 7052 | | 160.97 | |
| 7/28 | | Recurring Payment authorized on 07/27 Remote Landlord Sy 800-606-0822 NJ S382208584335265 Card 7052 | | 360.00 | |
| 7/28 | | Purchase authorized on 07/28 Staples 0522 Hackensack NJ P302210009171296 Card 7052 | | 253.16 | |
| 7/28 | 11297 | Check | | 800.00 | |
| 7/28 | 11299 | Check | | 275.00 | 7,098.75 |
| 7/29 | | Deposit | 3,747.00 | | |
| 7/29 | 11315 | Check | | 250.00 | |
| 7/29 | 11303 | Check | | 640.00 | |
| 7/29 | 11302 | Check | | 720.00 | |
| 7/29 | 11304 | Check | | 960.00 | |
| 7/29 | 11334 | Check | | 960.00 | |
| 7/29 | 11312 | Check | | 1,200.00 | 6,115.75 |
| Ending balance on 7/31 | | | | | 6,115.75 |
| Totals | | | $45,979.63 | $42,559.37 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written*(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 11254 | 7/1 | 480.00 | 11259 | 7/1 | 880.00 | 11262 | 7/5 | 700.00 |
| 11255 | 7/1 | 200.00 | 11260 | 7/5 | 640.00 | 11263 | 7/14 | 2,358.00 |
| 11258 * | 7/1 | 180.00 | 11261 | 7/5 | 960.00 | 11264 | 7/14 | 893.61 |

**WELLS FARGO**

## Summary of checks written(continued)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 11265 | 7/13 | 1,250.00 | 11279 | 7/15 | 240.00 | 11293 | 7/25 | 960.00 |
| 11266 | 7/5 | 2,500.00 | 11280 | 7/15 | 400.00 | 11294 | 7/25 | 249.43 |
| 11267 | 7/7 | 700.00 | 11281 | 7/26 | 100.00 | 11295 | 7/26 | 225.20 |
| 11268 | 7/7 | 700.00 | 11282 | 7/18 | 1,200.00 | 11297 * | 7/28 | 800.00 |
| 11269 | 7/7 | 1,000.00 | 11283 | 7/15 | 250.00 | 11299 * | 7/28 | 275.00 |
| 11270 | 7/12 | 100.00 | 11284 | 7/18 | 960.00 | 11300 | 7/26 | 720.00 |
| 11271 | 7/8 | 960.00 | 11285 | 7/18 | 480.00 | 11301 | 7/26 | 1,500.00 |
| 11272 | 7/11 | 301.27 | 11286 | 7/18 | 200.00 | 11302 | 7/29 | 720.00 |
| 11273 | 7/12 | 242.18 | 11287 | 7/18 | 640.00 | 11303 | 7/29 | 640.00 |
| 11274 | 7/11 | 720.00 | 11288 | 7/18 | 960.00 | 11304 | 7/29 | 960.00 |
| 11275 | 7/12 | 665.00 | 11289 | 7/18 | 908.28 | 11312 * | 7/29 | 1,200.00 |
| 11276 | 7/12 | 761.25 | 11290 | 7/18 | 720.00 | 11315 * | 7/29 | 250.00 |
| 11277 | 7/12 | 720.00 | 11291 | 7/22 | 1,500.00 | 11334 * | 7/29 | 960.00 |
| 11278 | 7/15 | 480.00 | 11292 | 7/22 | 750.00 | | | |

*\* Gap in check sequence.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 07/01/2022 - 07/31/2022 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| How to avoid the monthly service fee | Minimum required | This fee period |
| Have any ONE of the following account requirements | | |
| · Average ledger balance | $1,000.00 | $6,070.00 |
| · Minimum daily balance | $500.00 | $1,869.59 |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
C1/C1

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 116 | 100 | 16 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |

n  As a courtesy, some or all of your account transaction fees have been waived.

Other Wells Fargo Benefits

Our National Business Banking Center customer service number 1-800-CALL-WELLS (1-800-225-5935) hours of operation have temporarily changed to 7:00 a.m. to 11:00 p.m. Eastern Time, Monday through Saturday and Sunday 9:00 a.m. to 10:00 p.m. Eastern Time. Access to our automated banking system, the ability to report a fraud claim on your business credit or debit card, and access to report a lost or stolen business card will continue to be available 24 hours a day, 7 days per week. Thank you for banking with Wells Fargo. We appreciate your business.

# ✓ IMPORTANT ACCOUNT INFORMATION

Effective September 15, 2022, we are replacing the following paragraph in the "Special rules for new accounts" section of the Availability of Funds Policy in our Deposit Account Agreement:

The first $5,525 of a day's total deposits of cashier's, certified, teller's, traveler's, and federal, state, and local government checks, and U.S. Postal Service money orders made payable to you will be available on the first business day after the day of your deposit.

The new paragraph is as follows:

The first $5,525 of a day's total deposits of cashier's, certified, teller's, traveler's, and federal, state, and local government checks, and U.S. Postal Service money orders made payable to you will be available on the first business day after the day of your deposit, if your deposit meets certain conditions. For example, the checks must be payable to you. If your deposit of these checks (other than U.S. Treasury checks) is not made in person to one of our employees, the first $5,525 may not be available until the second business day after the day of your deposit.

Elimination of Returned Item (Non-sufficient Funds/NSF) Fee and Revised Daily Fee Limit: Under the terms of your Deposit Account Agreement, when certain transactions are presented for payment in an amount that is more than your available balance, Wells Fargo may either (1) pay the item into overdraft at our discretion and assess an overdraft fee, or (2) return the item unpaid and assess a Returned item/Non-sufficient funds (NSF) fee.

Effective June 1, 2022, we will no longer charge an NSF fee on items we return unpaid due to non-sufficient funds. Overdraft fees will continue to apply to items we pay into overdraft at our discretion, under the terms of your Deposit Account Agreement (up to a maximum of four fees per business day for business accounts). These changes do not impact fees that may be assessed by third parties or other banks for returned items.

For current versions of your Deposit Account Agreement, Business Account Fee and Information Schedule, and applicable addenda, please visit wellsfargo.com/biz/fee-information/.

To learn more about tools that Wells Fargo offers to help you avoid overdraft fees, visit wellsfargo.com/biz/help/faqs/overdraft-services, speak with a local banker, or call the phone number on the top of your statement.

Elimination of Overdraft Protection transfer/advance fee(s): Under the terms of your Deposit Account Agreement, we offer an optional Overdraft Protection service for checking accounts that allows you to link up to two eligible accounts (one savings, one credit) to authorize or pay transactions when you don't have enough money in your checking account. Transfers and advances of funds from these linked accounts may result in an Overdraft Protection transfer or advance fee.

Effective June 1, 2022, we will no longer charge transfer or advance fees for transfers/advances from accounts linked for Overdraft Protection. For advances from a linked credit card or line of credit account, interest will continue to accrue from the date of each advance. Overdraft fees will continue to apply to items we pay into overdraft that are not covered by transfers/advances from your linked account(s).

19-12359-jlg    Doc 108-1    Filed 12/14/22    Entered 12/14/22 16:36:39    Exhibit Bank
July 31, 2022 ■ Page 6 of 7                    Account Statement    Pg 6 of 7

WELLS
FARGO

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS
(1-800-869-3557) to share your language preference.

**WELLS FARGO**

## Important Information You Should Know

•   To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to consumer reporting agencies. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

•   In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

•   If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A. The ending balance
   shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

ADD
B. Any deposits listed in your          $ _____
   register or transfers into            $ _____
   your account which are not            $ _____
   shown on your statement.            + $ _____

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

CALCULATE THE SUBTOTAL
   (Add Parts A and B)
   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   .                                            TOTAL $ _____

SUBTRACT
C. The total outstanding checks and
   withdrawals from the chart above . . . . . . . . . . . . . - $ _____

CALCULATE THE ENDING BALANCE
   (Part A + Part B - Part C)
   This amount should be the same
   as the current balance shown in
   your check register . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | Total amount      | $      |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801