# Initiate Business Checking

**WELLS FARGO**

3175-77 VILLA AVENUE HOUSING
DEVELOPMENT FUND CORPORATION
DEBTOR IN POSSESSION
CH11 CASE #19-12359███
3177 VILLA AVE APT 4F
BRONX NY 10468-1273

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-CALL-WELLS** (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (348)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles,
infographics, and other resources on the topics of money movement, account
management and monitoring, security and fraud prevention, and more.

## Account options

*A check mark in the box indicates you have these
convenient services with your account(s). Go to
wellsfargo.com/biz or call the number above if you have
questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

 IMPORTANT ACCOUNT INFORMATION

We're making important changes to the terms and conditions of some of our accounts. If these changes affect you, they will be
included in the Important Account Information section associated with your specific account.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 8/1 | $6,115.75 |
| Deposits/Credits | 36,838.50 |
| Withdrawals/Debits | - 36,797.76 |
| **Ending balance on 8/31** | **$6,156.49** |

Account number: ███2783

**3175-77 VILLA AVENUE HOUSING
DEVELOPMENT FUND CORPORATION
DEBTOR IN POSSESSION
CH11 CASE #19-12359███**

*NEW York account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 026012881

For Wire Transfers use
Routing Number (RTN): 121000248

**WELLS FARGO**

## Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 8/1 | | Recurring Payment authorized on 07/28 Simplifyem.Com 510-790-9066 CA S582209321483473 Card 7052 | | 75.00 | |
| 8/1 | 11341 | Check | | 200.00 | |
| 8/1 | 11340 | Check | | 625.00 | |
| 8/1 | 11320 | Check | | 200.00 | |
| 8/1 | 11318 | Check | | 480.00 | 4,535.75 |
| 8/2 | | Recurring Payment authorized on 08/01 Intuit *Qbooks Onl CI.Intuit.Com CA S302213444575462 Card 7052 | | 92.54 | 4,443.21 |
| 8/3 | | Deposit | 7,010.50 | | |
| 8/3 | 11328 | Check | | 240.00 | |
| 8/3 | 11326 | Check | | 480.00 | |
| 8/3 | 11342 | Check | | 1,000.00 | 9,733.71 |
| 8/5 | | Deposit | 3,119.00 | | |
| 8/5 | 11335 | Check | | 960.00 | 11,892.71 |
| 8/8 | | Recurring Payment authorized on 08/07 Intuit *Qbooks Onl CI.Intuit.Com CA S382219363048542 Card 7052 | | 92.54 | 11,800.17 |
| 8/9 | | Purchase authorized on 08/08 Petro Home Svcs 800-645-4328 NY S302220668100306 Card 7052 | | 5,743.84 | 6,056.33 |
| 8/10 | | Deposit | 9,276.00 | | 15,332.33 |
| 8/11 | | Purchase authorized on 08/10 Petro Home Svcs 800-645-4328 NY S302222676108595 Card 7052 | | 5,743.84 | |
| 8/11 | 11311 | Check | | 2,500.00 | 7,088.49 |
| 8/12 | | Purchase authorized on 08/11 Ipfs Ins Pmt Kansas City MO S582223518974534 Card 7052 | | 1,609.64 | |
| 8/12 | | Purchase authorized on 08/11 Ipfs Ins Pmt Kansas City MO S462223524082956 Card 7052 | | 922.12 | |
| 8/12 | 11336 | Check | | 960.00 | 3,596.73 |
| 8/15 | | Deposit | 3,384.00 | | |
| 8/15 | 11313 | Check | | 1,200.00 | |
| 8/15 | 11316 | Check | | 250.00 | |
| 8/15 | 11344 | Check | | 845.00 | 4,685.73 |
| 8/16 | 11298 | Check | | 650.00 | |
| 8/16 | 11321 | Check | | 200.00 | |
| 8/16 | 11322 | Check | | 480.00 | 3,355.73 |
| 8/17 | | Deposit | 2,443.00 | | |
| 8/17 | | Stop Payment Fee | | 31.00 | |
| 8/17 | 11330 | Check | | 240.00 | |
| 8/17 | 11329 | Check | | 480.00 | 5,047.73 |
| 8/19 | | Deposit | 3,409.00 | | |
| 8/19 | 11337 | Check | | 960.00 | |
| 8/19 | 11310 | Check | | 720.00 | |
| 8/19 | 11309 | Check | | 720.00 | |
| 8/19 | 11308 | Check | | 720.00 | 5,336.73 |
| 8/22 | | Purchase authorized on 08/18 Fsi*Coned Bill Pay 866-405-1924 NY S302231124918169 Card 7052 | | 225.47 | |
| 8/22 | | Purchase authorized on 08/18 Fsi*Coned Bill Pay 866-405-1924 NY S302231127097403 Card 7052 | | 76.23 | |
| 8/22 | | Purchase authorized on 08/18 Fsi*Coned Bill Pay 866-405-1924 NY S582231128655711 Card 7052 | | 320.32 | 4,714.71 |
| 8/24 | 11306 | Check | | 640.00 | |
| 8/24 | 11307 | Check | | 960.00 | 3,114.71 |
| 8/26 | | Deposit | 2,103.00 | | |
| 8/26 | 11338 | Check | | 960.00 | |
| 8/26 | 11348 | Check | | 780.00 | |
| 8/26 | 11346 | Check | | 250.22 | 3,227.49 |

**WELLS FARGO**

## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 8/29 | 11343 | Check | | 750.00 | 2,477.49 |
| 8/30 | | Deposit | 993.00 | | |
| 8/30 | | Deposit | 5,101.00 | | |
| 8/30 | | Recurring Payment authorized on 08/28 Simplifyem.Com 510-790-9066 CA S582240321047222 Card 7052 | | 75.00 | 8,496.49 |
| 8/31 | | Home Depot Online Pmt 220830 630840973106534 Lupi Alvarado | | 890.00 | |
| 8/31 | 11317 | Check | | 250.00 | |
| 8/31 | 11314 | Check | | 1,200.00 | 6,156.49 |
| Ending balance on 8/31 | | | | | 6,156.49 |
| Totals | | | $36,838.50 | $36,797.76 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|------|------|------|------|------|------|------|------|------|
| 11298 | 8/16 | 650.00 | 11317 | 8/31 | 250.00 | 11336 | 8/12 | 960.00 |
| 11306 * | 8/24 | 640.00 | 11318 | 8/1 | 480.00 | 11337 | 8/19 | 960.00 |
| 11307 | 8/24 | 960.00 | 11320 * | 8/1 | 200.00 | 11338 | 8/26 | 960.00 |
| 11308 | 8/19 | 720.00 | 11321 | 8/16 | 200.00 | 11340 * | 8/1 | 625.00 |
| 11309 | 8/19 | 720.00 | 11322 | 8/16 | 480.00 | 11341 | 8/1 | 200.00 |
| 11310 | 8/19 | 720.00 | 11326 * | 8/3 | 480.00 | 11342 | 8/3 | 1,000.00 |
| 11311 | 8/11 | 2,500.00 | 11328 * | 8/3 | 240.00 | 11343 | 8/29 | 750.00 |
| 11313 * | 8/15 | 1,200.00 | 11329 | 8/17 | 480.00 | 11344 | 8/15 | 845.00 |
| 11314 | 8/31 | 1,200.00 | 11330 | 8/17 | 240.00 | 11346 * | 8/26 | 250.22 |
| 11316 * | 8/15 | 250.00 | 11335 * | 8/5 | 960.00 | 11348 * | 8/26 | 780.00 |

*\* Gap in check sequence.*

## Items returned unpaid

| Date | Description | Amount |
|------|------|------|
| 8/25 | Check Reference # 00007227008423909301 | 1,000.00 |

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 08/01/2022 - 08/31/2022 | Standard monthly service fee $10.00 | You paid $0.00 |
|------|------|------|
| How to avoid the monthly service fee | Minimum required | This fee period |
| Have any ONE of the following account requirements | | |
| · Average ledger balance | $1,000.00 | $6,187.00 ☑ |
| · Minimum daily balance | $500.00 | $2,477.49 ☑ |

C1/C1

**WELLS FARGO**

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 83 | 100 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |

Other Wells Fargo Benefits

Our National Business Banking Center customer service number 1-800-CALL-WELLS (1-800-225-5935) hours of operation have temporarily changed to 7:00 a.m. to 11:00 p.m. Eastern Time, Monday through Saturday and Sunday 9:00 a.m. to 10:00 p.m. Eastern Time. Access to our automated banking system, the ability to report a fraud claim on your business credit or debit card, and access to report a lost or stolen business card will continue to be available 24 hours a day, 7 days per week. Thank you for banking with Wells Fargo. We appreciate your business.

#  IMPORTANT ACCOUNT INFORMATION

---

Elimination of Returned Item (Non-sufficient Funds/NSF) Fee and Revised Daily Fee Limit: Under the terms of your Deposit Account Agreement, when certain transactions are presented for payment in an amount that is more than your available balance, Wells Fargo may either (1) pay the item into overdraft at our discretion and assess an overdraft fee, or (2) return the item unpaid and assess a Returned item/Non-sufficient funds (NSF) fee.

Effective June 1, 2022, we will no longer charge an NSF fee on items we return unpaid due to non-sufficient funds. Overdraft fees will continue to apply to items we pay into overdraft at our discretion, under the terms of your Deposit Account Agreement (up to a maximum of four fees per business day for business accounts). These changes do not impact fees that may be assessed by third parties or other banks for returned items.

For current versions of your Deposit Account Agreement, Business Account Fee and Information Schedule, and applicable addenda, please visit wellsfargo.com/biz/fee-information/.

To learn more about tools that Wells Fargo offers to help you avoid overdraft fees, visit wellsfargo.com/biz/help/faqs/overdraft-services, speak with a local banker, or call the phone number on the top of your statement.

---

Elimination of Overdraft Protection transfer/advance fee(s): Under the terms of your Deposit Account Agreement, we offer an optional Overdraft Protection service for checking accounts that allows you to link up to two eligible accounts (one savings, one credit) to authorize or pay transactions when you don't have enough money in your checking account. Transfers and advances of funds from these linked accounts may result in an Overdraft Protection transfer or advance fee.

Effective June 1, 2022, we will no longer charge transfer or advance fees for transfers/advances from accounts linked for Overdraft Protection. For advances from a linked credit card or line of credit account, interest will continue to accrue from the date of each

**WELLS FARGO**

advance. Overdraft fees will continue to apply to items we pay into overdraft that are not covered by transfers/advances from your linked account(s).

---

Effective with the fee period beginning after October 15, 2022, the courtesy Transactions fee waiver on this checking account will expire. We want to make sure you understand what the Transactions fees are going forward. Your account includes 100 Transactions each fee period, at no charge. The fee for Transactions over 100 each fee period is $0.50 per transaction.

Fee Period: The fee period is the period used to calculate monthly fees. Your statement includes a monthly service fee summary with the dates of the fee period. The monthly service fee summary is also available through Wells Fargo Business Online® or Wells Fargo Mobile®.

Thank you for being a valuable customer. If you have any questions about this change, please contact your local banker or call the number listed on your statement. Please note the Business Account Fee and Information Schedule and the Deposit Account Agreement, as amended, continue to apply.

---

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

---

You no longer need to let us know when you travel

Due to enhanced security technology, you no longer need to let us know when you plan to travel. Please make sure your contact information on Wells Fargo Online® is up to date so we may alert you if we find unusual activity.

**WELLS FARGO**

## Important Information You Should Know

• To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to consumer reporting agencies. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

• In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

• If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A. The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

ADD
B. Any deposits listed in your                      $ _____
register or transfers into                          $ _____
your account which are not                          $ _____
shown on your statement.                          + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

CALCULATE THE SUBTOTAL
(Add Parts A and B)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 
.                                           TOTAL $ _____

SUBTRACT
C. The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

CALCULATE THE ENDING BALANCE
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | Total amount  $   |        |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801