UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

In re                                                                           Case No. 19-12359 (JLG)

3175-77 VILLA AVENUE HOUSING                        (Chapter 11)
DEVELOPMENT FUND CORPORATION,


                                         Debtor.

------------------------------------------------------------ x

**DECLARATION OF PAUL SCHWARTZBERG IN SUPPORT OF UNITED STATES TRUSTEE'S MOTION TO CONVERT OR DISMISS**

Pursuant to 28 U.S.C. § 1746, Paul Schwartzberg declares as follows:

1.   I am a trial attorney in the Office of the United States Trustee for Region 2. I am assigned to this matter by my office and as such, have knowledge and information about these Chapter 11 bankruptcy cases. I submit this Declaration in support of the Motion of The United States Trustee to Convert This Chapter 11 Case to Chapter 7 Cases, or, in the Alternative, to Dismiss this case.

2.   As of the date hereof, the Debtor has not filed an operating report since August 2022. Accordingly, the Debtor currently owes fifteen (15) operating reports.

I declare under penalty of perjury that the information contained in this Declaration is true and correct.

Dated: New York, New York
         December 18, 2023

                                                                /s/ *Paul Schwartzberg*
                                                                Paul Schwartzberg

1